

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 10:56:06 AM
CHRISTOPHER A. PRINE
Clerk

The Business Court of Texas,
1st Division

RIVERSIDE STRATEGIC CAPITAL FUND I, L.P.; RSCF BLOCKER TRUE HEALTH, LLC; and RSCF I-A BLOCKER TRUE HEALTH, LLC, *Plaintiffs*,

v.

CLG INVESTMENTS, LLC; CHRISTOPHER GROTTENTHALER; COVERT INVESTMENT OPERATIONS, LLC; TRUE HEALTH DIAGNOSTIC MANAGEMENT LLC; L. RICHARD COVERT; LCG VENTURES II, LLC; FERNANDO DE LEON; TIMOTHY TATROWICZ ALBA DURATA, LLC; TOM D. WIPPMAN, in his capacity as TRUSTEE OF THE TOM D. WIPPMAN REVOCABLE TRUST; MARK THOMAS SMITH; ALEXANDRA NETTESHEIM; KYLE NETTESHEIM; ROBERT J. OSTERHOFF; RJ INVESTMENTS; MATT MILBURN; MICHAEL A. CLEMENTS; MICHAEL OSTERHOFF; MELINDA L. MILBURN; KAREN A. MILLER; JACK NOVAK; EDWARD MCCAN;

Cause No. 25-BC01B-0006

DANIEL GROTTENTHALER; §
ANITA GROTTENTHALER; DANA §
M. HOVIND; CHRISTIAN §
RICHARDS; CHRISTOPHER W. §
KLING; in his capacity as TRUSTEE §
OF CHRISTOPHER W. & MARISSA §
M. KLING REV TRUST U/A/D §
5/11/2012; KEVIN M. NELLIS; §
CAROL A. NELLIS; BRUCE §
ZIVIAN; RYAN NELLIS; and §
ANCELMO E. LOPES, *Defendants* §

## ORDER

Before the court is the March 31, 2025, Special Appearance of Defendants Tom Wippman, Mark Thomas Smith, Alexandra Nettesheim, Kyle Nettesheim, Robert Osterhoff, RJ Investments, Matt Milburn, Michael Clements, Michael Osterhoff, Karen Miller, Edward McCann, Daniel Grottenthaler, Anita Grottenthaler, Christian Richards, Christopher Kling, Kevin Nellis, Carol Nellis, Bruce Zivian, Ryan Nellis, and Ancelmo E. Lopes (Out-of-State Defendants). The court considered the pleadings, the briefing, the evidence on file, and oral argument heard on July 15, 2025.

Based on the above, the court grants the Out-of-State Defendants' Special Appearance and dismisses the claims against them.

So ORDERED.

2

Opinion to follow.

_Bill Whitehill_
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED:  July 17, 2025

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103277116
Filing Code Description: No Fee Documents
Filing Description: Order on Special Appearance
Status as of 7/17/2025 4:26 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Morgan DMeyer | | morgan.meyer@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 7/17/2025 3:36:29 PM | SENT |
| Camille Youngblood | | camille.youngblood@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Rogge Dunn | | Dunn@RoggeDunnGroup.com | 7/17/2025 3:36:29 PM | SENT |
| Chinar Hassan | | chinar.hassan@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Ashley A.Hutcheson | | ashley.hutcheson@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Adam Gogolak | | amgogolak@wlrk.com | 7/17/2025 3:36:29 PM | SENT |
| William Savitt | | wdsavitt@wlrk.com | 7/17/2025 3:36:29 PM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 7/17/2025 3:36:29 PM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 7/17/2025 3:36:29 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 7/17/2025 3:36:29 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 7/17/2025 3:36:29 PM | SENT |
| Ryan Downton | | ryan@thetexastrialgroup.com | 7/17/2025 3:36:29 PM | SENT |